**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

David P. Watson,                                                            Case No. 3:17CV717

        Plaintiff

        v.                                                            **JUDGMENT ENTRY**

Commissioner of Social Security,

        Defendant

      In accordance with the order filed contemporaneously with this judgment entry, it is hereby

ORDERED THAT:

1.      Watson's objection to the Magistrate Judge's Report and Recommendation be, and

      the same hereby is, overruled;

2.      The Magistrate Judge's Report and Recommendation (Doc. 16) be, and the same

      hereby is, adopted as the order of the court; and

3.      The Commissioner's decision be, and the same hereby is, affirmed.

So ordered.

                           /s/ James G. Carr
                           Sr. U.S. District Judge